PAGE(P)1SEIDE(S)1COMPLAINT(C)

IN THE UNITED STATES

DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

ALBERT CURTIS MILLS

JULY 1, 1960

DIVISION OF CORRECTION (D.O.C.)

IDENTIFICATION NUMBER

173-446

STATE IDENTIFICATION

NUMBER

379365

NORTH BRANCH CORRECTIONAL

INSTITUTION (N.B.C.I.)

14100 McMULLEN HIGHWAY (HWY),

SOUTHWEST (S.W.)

CUMBERLAND, MARYLAND (MD)

21502

PLAINTIFF,

VERSUS

(SEE P1S2C)

MD DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES
(MD D.O.P.S,A.C.S.)

MD D.O.P.S,A.C.S,
300 EAST JOPPA ROAD(RD)
SUITE (SU) 1000
.
TOWSON, MD 21286
MD DIVISION OF CORRECTION
(D.O.C.)
6776 REISTERSTOWN RD, SU 310
BALTIMORE, MD 21215
LAWRENCE J. HOGAN(GOVERNOR)
OFFICE OF THE GOVERNOR(O.O.T.G.)
STATE HOUSE (S.H.)
ANNAPOLIS, MD 21401
BOYD K. RUTHERFORD
(LIEUTENANT GOVERNOR)
O.O.T.G
S.H.
(SEE P2S1C)

P2 SIC

ANNAPOLIS, MD 21401

ROBERT L. GREEN (SECRETARY)

MD D.O.P.S.A.C.S.

300 EAST JOPPA RD, SU 1000

TOWSON, MD 21286

RUSSELL A. NEVERDON

(EXECUTIVE DIRECTOR)

INMATE GRIEVANCE OFFICE

(I.G.O.)

6776 REISTERSTOWN RD, SU 200A

BALTIMORE, MD 21215

JOHN DOE (WARDEN)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

JOHN DOE (ASSISTANT WARDEN)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

(SEE P2 S2 c)

JOHN DOE (CHIEF OF SECURITY)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

JOHN DOE (MAJOR)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

W. ISER (CAPTAIN)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

SAWYERS ⬛⬛⬛⬛⬛⬛

N.B.C.I. (LIEUTENANT)

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

WHITEMAN (LIEUTENANT)

N.B.C.I.

14100 McMULLEN, HWY, S.W.

(SEE P3 SIC)

CUMBERLAND, MD 21502

A. CARR (SERGEANT)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

ICKES (CORRECTIONAL OFFICER)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

RITCHEY (CORRECTIONAL OFFICER)

(MAY 17, 2017) (3:00PM-11:00PM SHIFT)

(UNIT 2 CHARLIE TIER)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

ELKINS (CORRECTIONAL OFFICER)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

(SEE P352C)

P3S2C

R.S. RODERICK

(CASE MANAGEMENT MANAGER)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

G. SINDY

(CASE MANAGEMENT SPECIALIST)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

S. JOHNSON

(CASE MANAGEMENT SPECIALIST)

N.B.C.I.

14100 McMULLEN HWY, S.W.

CUMBERLAND, MD 21502

DEFENDANTS.

CASE NUMBER:

COMPLAINT

1. ADMINISTRATIVE PROCEEDINGS

(SEE P4 S1 C)

A. I AM A PRISONER AND I DID FILE A
GRIEVANCE AS REQUIRED BY THE
PRISON'S ADMINISTRATIVE
REMEDY PROCEDURES.

1. I FILED A GRIEVANCE.
   A. THE RESULT WAS THAT IT
      WAS IGNORED. SEE
      EXHIBITS 1-14.
   B. I DID APPEAL. SEE
      EXHIBITS 15-17 ~~XXXXXXXX~~
      (APPEAL 1) 22 (APPEAL
      LETTER) 18-21 (APPEAL 2)
   C. I FILED A GRIEVANCE
      WITH THE INMATE
      GRIEVANCE OFFICE. SEE
      EXHIBITS 23-25

2. STATEMENT OF CLAIM
   ~~XXXXXXXXXX~~ INTRODUCTION
   1. THIS IS A COMPLAINT FILED
(SEE P4 S2C)

P4S2c

1. BY ALBERT CURTIS MILLS (PLAINTIFF), A STATE PRISONER, ALLEGEING VIOLATION OF HIS FIRST AMENDMENT CONSTITUTIONAL RIGHTS TO ACCESS TO THE COURTS AND BE FREE FROM INTERFERENCE WITH COURT ACCESS AND TO BE FREE FROM RETALIATION FOR USING THE COURT SYSTEM AND SEEKING DECLARATORY AND INJUNCTIVE RELIEF AND MONEY DAMAGES. PLAINTIFF ALSO SEEKS AN INJUNCTION AND MONEY DAMAGES PURSUANT TO THE AMERICANS WITH DISABILITIES ACT AND THE REHABILITATION ACT.

(SEE P5S1C)

P5 SIC * RESPONSE

2. 2. THESE DEFENDANTS ARE DENYING ME (MILLS) POSSESSION OF THESE ITEMS OF MD DOC REQUEST FOR ADMINISTRATIVE REMEDY FORMS (R.F.A.R.F.) AND MD D.O.C. HEADQUARTERS APPEAL OF ADMINISTRATIVE REMEDY* FORMS (H.A.O.A.R.R.F.) AND CONTINUATION SHEETS (C.S.) FOR BOTH BY THE ADMINISTRATIVE REMEDY PROCEDURE (A.R.P.) ON THESE DATES AND TIMES OF: 1. 10-12-16 WEDNESDAY (W) 7:00 AM - 3:00 PM SHIFT (7A-3P.S.) CORRECTIONAL OFFICER (C.O.) ICKES (I.) 2. 10-11-16 TUESDAY (T) 7A. - 3.P.S. C.O. I. 3. 10-10-16 MONDAY (M) 7A. - 3.P.S. C.O. I. (SEE P5 S2 C)

PSS2C *

2,4,10-9-16 SUNDAY(S,) 7.A. —3.P. S. C.O. I , 5,
10-8-16 SATURDAY(SA,) 7,A, —3.P.S. C.O,I.
6. 10-3-16 M. 7. A. —3.P.S. C,O. I. 7. 10-2-16 S,
7. A. —3. P. S. C.O. I. 8. 9-30-16 FRIDAY(F)
3:00PM —11:00PM S, (3.P. —11,P.S,) C.O.
RITCHEY(R,), 9. 9-28-16 W. 7.A, —3.P.S,
C.O,I. 10. 9-25-16 S. 3.P —11. P.S, C.O,R.
11. 9-24-16 SA. * ~~xxxxxxxxxxxxxxxxxxxx~~, ~~xxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ 12.
9-24-16 SA. 7.A. —3.P.S. C.O,I, 13. 9-22
16 THURSDAY(TH.) 7.A. —3.P.S. 13.
LIEUTENANT SAWYERS(LT. S.), 14.
9-20-16 T. 7.A. —3.P.S. C.O,I. **15**. 9-19-16
M. 3.P. —11.P.S. C.O, R. 16. 9-19-16 M. 7.A, —3.P.
S. C.O, I. 17. 9-18-19 S. 3.P. —11.P.S. C.O.R.
18. 9-17-16 SA. 7.A. —3.P.S. C.O. I. 19. 9-14-16
W. 7.A. —3.P.S. C.O,I. 20. 9-13-16 T. 7.A. —
3.P.S. C.O.I. 21. 9-12-16 M. 7.A. —3,P.S. C.O
I. 22. 9-12-16 M. 7.A. —3.P.S. CASE

(SEE PG 51C)

2.22. MANAGEMENT SPECIALIST

SIDNEY *~~~~~~~, 23, 9-10-16 SA, 7,A,-3,P,S,C,O,I, 24, 9-8-16 TH, 3,P,-11,P,S,C,O,I, 25, 9-8-16 TH, 7,A,-3,P,S,*~~~~~ ~~26, 9-7-16 W, 7,A,-3,P,S,C,O,I, 27, 9-7-16 W, 11,P,-7,A,S,C,O, ELKINS(E.) 28, 9-6-16 T, 7,A,-3,P,S,C,O,I, 29, 9-6-16 T, 7,A,-3,P,S,*~~~~~~~ 30,~~~~ 9-5-16 M, 7,A,-3,P,S,C,O,I, 31, 9-4-16 S, 7,A,-3,P,S,C,O,I, 32, 8-31-16 W, 7,A,-3,P,S,C,O,I, 33, 7-26-16 T, 7,A,-3,P,S,C,O,I, 34, 7-22-16 F, 3,P,-11,P,S,C,M,S, JOHNSON (C,M,S,J,), 35, 7-20-16 W, 7,A,-3,P,S,C,M,S,J, 36, 7-18-16 M, 7,A,-3,P,S,C,O,I, 37, 7-16-16 SA, 7,A,-3,P,S,C,O,I, 38, 7-13-16 ●W, 7,A,-3,P,S,C,O,I, 39, 7-10-16 S, 7,A,-3,P,S,C,O,I, 40, 7-10-16 S, 7,A,-3,P,S,C,M,S,J, 41, 7-9-16 SA, 7,A,-3,P,S,C,M,S,J,

(SEE P6 S2C)

2.42, 7-8-16 F. 7. A. -3, P.S. C.M.S.J. 43. 7-5-16 T. 7.A. -3.P.S.C.O.I. 44. 7-1-16 F. 7.A. -3.P.S, C.M.S.J. 45. 6-29-16 W. 7.A. -3. P.S.C.M.S.J. 46, 6-24-16 F. 7.A. -3. P.S.C.M.S.J.47, 6-20-16 M. 11.P. -7.A.S.C.O.E. 48 6-6-16 M. 7.A. -3.P.S.C.O.I. 49, 6-4-16 SA. 7.A. -3, P.S.C.O.I.50.11-19-14 W. 7.A. -3.P.S.C.M.S.J. 51. OCTOBER -DECEMBER 2014 L.T.S.

* THE VIDEOTAPES FOR N.B.C.I. UNIT 2 CHARLIE (C) TIER FOR THE N.B.C.I. STAFFS AND DATES AND SHIFTS IN THIS CASE WILL PROVE ALL THE VIOLATIONS AND ESPECIALLY THE ROUNDS AND POSTS VIOLATIONS.

4. THE FAILURE TO MAKE THESE ITEMS OF MD DOC R.F.A.R.F. SO MD DOC H.A.O.A.R.R.F. BY THE A.R.P. AVAILABLE TO ME MEANS I COULD NOT FILE CHALLENGES TO VIOLATIONS OF MY (SEE P751C)

P7S1C *

*4. (MILLS') CONDITIONS OF CONFINEMENT (SEE EXHIBITS 1-14).

5. THESE ARE THE CLAIMS THAT I WOULD HAVE WROTE: 1. DENIED LIBRARY BY C.O. EMERICK ON 5-23-16 ON THE 3.P. -11.P.S. 2. DENIED LAUNDRY SERVICES BY C.O.S SAVILLE ON 6-1-16 ON THE 7.A. -3.P.S. AND DOLLY ON 6-4-16 ON THE 3.P. -11.P.S. 3. DENIED OUTSIDE RECREATION ON 7-29-16 ON 3.P. -11.P.S. BY C.O. BUTLER. 4. DENIED LIBRARY BY C.O. BUTLER ON 7-29-19 ON 3.P. -11.P.S. 5. DENIED DAY ROOM ON 7-16-16 ON 7.A. -3.P.S. BY C.O. ICKES. 6. DENIED DAY ROOM ON 7-18-16 ON 7.A. -3.P.S. BY C.O. ICKES. 7. DENIED DAY ROOM ON 7-20-16 ON 7.A. -3.P.S. BY

(SEE P7S2C)

P752c                              2. 4 ANY UNIT
※
5. 7. C.O. SELF. 8. THE WARDEN DOES NOT
ROTATE C.O. ICKES FROM C. TIER
FROM 8-11-16 ON THE 7.A. — 3.P.S. 9.
DENIED CHURCH SERVICES BY C.O.
ICKES ON 10-9-16 ON 7.A. — 3.P.S. THE
OTHER MD D.O.C. R.F.A.R.F. WOULD HAVE
BEEN FOR ICKES ON THE 7.A. — 3.P.S.
AND RITCHEY ON THE 3.P. — 11.P.S.
AND ELKINS ON THE 11.P. — 7.A.S.
ON THE TIMES IN THIS CASE TO
FAIL TO MAKE THEIR SECURITY
ROUNDS AND BE OFF THEIR
SECURITY POSTS AT VARIOUS
TIMES.

6. THE N.B.C.I. WARDEN IS SUPPOSED
TO MAKE SURE THESE ITEMS ARE
READILY AVAILABLE IN MY UNIT OR
THAT I (MILLS) AM IN IN N.B.C.I.
7. I MAY SUBMIT ANY NUMBER OF
(SEE P8SI(c)

2,7. THESE ITEMS THAT ARE NOT
MISUSED BY ISSUES UNDER
THE A.R.P.

8. MD STAFFS(HOGAN SO
RUTHERFORD SO GREEN SO
GREEN SO NEVERDON SO
~~XXXXXXXXXX~~ ASSISTANT
WARDEN SO CHIEF OF
SECURITY SO ISER SO
WHITEMAN SO CARR SO
RODERICK) ARE RESPONSIBLE
FOR THE A.R.P.

9. I AM AN AMERICAN WITH
DISABILITIES OF
DEMENTIA (A USU,
PROGRESSIVE CONDITION
(AS ALZHEIMER'S
DISEASE) MARKED BY THE
DEVELOPMENT OF MULTIPLE

(SEE P852C)

2.9. COGNITIVE DEFICITS (AS MEMORY IMPAIRMENT, APHASIA, AND INABILITY TO PLAN AND INITIATE COMPLEX BEHAVIOR. (MERRIAM-WEBSTER'S MEDICAL DICTIONARY (M.W.M.D.) PAGE (P) 195) AND OF PARKINSON'S DISEASE (A CRONIC PROGRESSIVE NEUROLOGICAL DISEASE CHIEFLY OF LATER LIFE... IS MARKED BY TREMOR OF RESTING MUSCLES, RIGIDITY, SLOWNESS OF MOVEMENT, IMPAIRED BALANCE AND A SHUFFLING GAIT....(M.W.M.D. P.572) AND SCHIZOPHRENIA AND PSYCHOTIC ( OF, RELATING TO, MARKED BY, OR AFFECTED WITH PSYCHOSIS (M.W.M.D. P. 646) PSYCHOSIS (A SERIOUS MENTAL (SEE P951C)

P9S1C *(SEE EXHIBITS 20-23(P3)

2.9. ILLNESS CHARACTERIZED BY
DEFECTIVE OR LOST CONTACT
WITH REALITY OFTEN WITH
HALLUCINATIONS OR
DELUSIONS (M.W.M.D. P.646)
DISORDER ~~~~~~~~~~ *
SO MEDICATION HELPS TO A
CERTAIN EXTENT BUT THERE
ARE STILL SOME MAJOR
PROBLEMS HAS ARE IN THIS
CASE. MEDICATION FOR MY
MENTAL ILLNESS HELPS MY
MIND SO I CAN FILE CASES.

10. I WAS AND AM EXCLUDED
FROM THE A.R.P. PROGRAM IN
THIS CASE. (SEE EXHIBITS
1-25).

11. PSYCHIATRISTS HAVE
DIAGNOSED ME HAS

(SEE P9S2C)

2,11. S,M,I.(SEVERELY MENTALLY ILL)
AND PUT ME IN THE SPECIAL
NEEDS UNIT (S.N.U.).

12. I WAS PUT IN THE S.N.U IN
2009 BECAUSE OF MY MENTAL
HEALTH NEEDS(MILLS V. MD
STATE, ET AL. ACTION# DKC17-
2305 ECF#13 EXHIBIT 2).

13. THE WARDEN KNOWS I AM AN
S,M,I. IN THE S.N.U.

14. THE WARDEN IS TO ENSURE BY
THE A.R.P. THAT I GET A.R.P.
FORMS (A.R.P.F.) FOR THE A.R.P.
IN THE S,N,U.

15. N.B.C.I. STAFFS THAT WORK IN
THE S.N.U. THINK THAT THEY
CAN GET AWAY WITH NOT
GIVING ME THESE FORMS
OF ME BEING IN THE

(SEE P10S1C)

2. 15. S.N.U. (SEE EXHIBITS 1-25).

16. N.B.C.I. STAFFS THAT WORK IN THE S.N.U. KNOW THAT I AM PUT IN THE S.N.U. FOR I AM S.M.I. WHICH IS THE REASON FOR ME BEING PUT IN THE S.N.U. AND THEY KNOW THAT THE S.N.U. IS MADE AND USED FOR ME BECAUSE I AM S.M.I.

17. THE WARDEN AND HIS STAFFS ARE SUPPOSED TO TAKE SPECIAL CARE THAT I GET A.R.P.F. HAS AN S.M.I. IN THE S.N.U. BUT THEY DO NOT DO IT.

18. WHEN THESE STAFFS EXCLUDED ME FROM THE A.R.P. THEY CAUSED STRESS ON ME WHICH MADE MY SYMPTOMS OF

(SEE P10S2C)

2.18. PARKINSON DISEASE WORST AND ~~XXXXXXXX~~ CAUSED ME TO GO THRU PSYCHOLOGICAL DEPRESSION (A MOOD DISORDER MARKED ESPECIALLY BY SADNESS, INACTIVITY, DIFFICULTY WITH THINKING AND CONCENTRATION, A SIGNIFICANT INCREASE OR DECREASE IN APPETITE AND TIME SPENT SLEEPING, FEELINGS OF DEJECTION AND HOPELESSNESS, AND SOMETIMES SUICIDAL THOUGHTS OR AN ATTEMPT TO COMMIT SUICIDE (M.W.M.D. P.198) AND MAJOR DEPRESSIVE DISORDER (A MOOD DISORDER HAVING A

(SEE P1(5I C)

2.18. CLINICAL COURSE
      INVOLVING ONE OR MORE
      EPISODES OF SERIOUS
      PSYCHOLOGICAL DEPRESSION
      THAT LAST TWO OR MORE
      WEEKS EACH,.. (M.W.M.D. P.448).

19. N.B.C.I. STAFFS USE THE S.N.U. TO
    ABUSE ME BY EXCLUDING ME
    FROM THE A.R.P. BY EXCLUDING
    ME FROM GETTING FORMS FOR
    THE A.R.P. SO I CANNOT USE THE
    A.R.P. PROGRAM WHICH I AM
    SUPPOSED TO DO IN THE S.N.U.
    PROGRAM (SEE EXHIBITS 1-25).

20. I HAVE FILED MANY CASES IN
    THIS COURT AND SHOULD HAVE
    AND COULD HAVE FILED MORE
    BUT THE REASON FOR ME
    FILING SO FEW SINCE

(SEE 11S2c)

2, 20. ABOUT 2009 IS THAT N.B.C.I.
STAFFS ARE EXCLUDING ME
FROM THE A.R.P. PROGRAM HAS
IN THIS CASE.

21. THERE ARE MANY GOOD AND
GREAT CASES TO FILE IN
THIS COURT AND MORE TO
COME IF THESE STAFFS DO
NOT CORRECT THEIR
PROBLEMS WHICH I DOUBT
THEY WILL BUT THEY MAY DO
SO BY CASE WORK.

22. THE EXECUTIVE AND
LEGISLATIVE BRANCHES OF
GOVERNMENT OF THE UNITED
STATES OF AMERICA'S
CONGRESS AND THE
GOVERNOR AND THE
GENERAL ASSEMBLY OF THE

(SEE P12 SIC)

2.22. STATE OF MARYLAND IN THE
        UNITED STATES OF
        AMERICA HAVE IGNORED ME
        EVEN THOUGH I TRIED TO
        USE THEM MANY TIMES.

23. PRISON PLACES LIKE THE
        AMERICAN CIVIL LIBERTIES
        UNION SO PRISONER RIGHTS
        INFORMATION SYSTEM OF
        MARYLAND INCORPORATED
        HAVE NOT HELPED ME.

24. ALL THE COURT HAS TO DO IS
        READ THE HUMAN RIGHTS
        DEFENSE CENTER AND
        PRISON LEGAL NEWS AND
        CRIMINAL LEGAL NEWS
        PUBLICATIONS TO SEE HOW
        REALLY BAD THE PRISON
        PROBLEM IS.

( SEE P12 S2C )

INDIVIDUAL CAPACITIES

P12 S2 CAUSED IN THEIR OFFICIAL AND^

2.25. MEDICATION HELPS ME TO FILE CASES BUT I STILL NEED AND GET VITAL HELP FROM PEOPLE AND OTHER RESOURCES OF LEGAL MEANS.

2.6. JURY TRIAL DEMANDED.

2.7. ALL DEFENDANTS ARE BEING*

3. CLAIMS FOR RELIEF

A. 1ST AMENDMENT

1. THE DENIAL OF POSSESSION OF MD D.O.C. R.F.A.R.F. SO C.S. FOR THEM SO MD D.O.C. H.A.O.A.R.R.F. SO C.S. FOR THEM BY A.R.P, CONTRARY TO N.B.C.I,'S OWN POLICES WAS ONLY REMOTELY CONNECTED TO CORRECTIONAL GOALS (SEE EXHIBITS 1-25).

(SEE P13 SIC)

P1351C

3.A.2. THE FAILURE TO ABIDE BY ESTABLISHED PROCEDURES (A.R.P.) OR STANDARDS (A.R.P.) CAN EVINCE AN IMPROPER OBJECTIVE (SEE EXIBITS 1-25) (DENIAL OF POSSESSION OF MD D.O.C. R.F.A.R.F. AND C.S. FOR THEM SO MD D.O.C. H.A.O.A.R.R.F. AND C.S. FOR THEM).

B. ACCESS TO THE COURTS

1. I WAS SUFFERING ACTUAL INJURY BY BEING FRUSTRATED OR IMPEDED BY N.B.C.I. STAFFS DENYING ME RESOURCES OF MD D.O.C. R.F.A.R.F. AND MD D.O.C. H.A.O.A.R.R.F. A.R.P.F. AND C.S. FOR BOTH SO I COULD ████

(SEE P1352C)

3.B.1. NOT FILE VIOLATIONS ⬤⬤ ON
NON-FRIVOLOS CLAIMS IN
THIS CASE ABOUT THE
CONDITIONS OF
CONFINEMENT (SEE
EXHIBITS 1-25 AND
STATEMENT OF CLAIM
(S.O.C.) NUMBER(N)
NUMBERS(NS) 2-5).

C. INTERFERERENCE WITH
COURT ACCESS

1. PRACTICES (DENIAL OF
A.R.P.F. SO I CANNOT USE
THEM FOR VIOLATIONS OF
MY RIGHTS) THAT
UNJUSTIFIABLY
OBSTRUCT THE
AVAILABILITY OF
~~⬤⬤⬤⬤⬤⬤⬤⬤~~

(SEE P|4sic)

3.C.1. PROFESSIONAL REPRESENTATION OR OTHER ASPECTS OF THE RIGHT OF ACCESS TO THE COURTS ARE INVALID.

2. N.B.C.I. STAFFS DENIED ME A.R.P.F. SO I COULD NOT FILE THESE A.R.P.F. ON NON-FRIVOLOUS CLAIMS IN THIS CASE ON MY CONDITIONS OF CONFINEMENT. SEE EXHIBITS 1-25 SO S.O.C. NS 2-5.

D. RETALIATION FOR GRIEVANCES

1. GRIEVANCES (A.R.P.F. USED FOR N.B.C.I. STAFFS' VIOLATIONS) FIED (SEE P14 S2.C)

3.D.1. THROUGH AN OFFICIAL
GRIEVANCE PROCEDURE (A.R.P.)
ARE CONSTITUTIONALLY
PROTECTED. SEE EXHIBITS
1-14.

2. N.B.C.I. STAFFS TOOK
ADVERSE ACTION BY
DENYING ME A.R.P.F. TO
FILE ON THEIR
VIOLATIONS. SEE
EXHIBITS 1-14.

3. THE REASON WHY N.B.C.I.
STAFFS DENIED ME
A.R.P.F. WAS BECAUSE I
FILE THEM FOR
VIOLATIONS OF N.B.C.I.
LAW.

E. FEDERAL DISABILITIES
STATUTES
(SEE P15 S1C)

3.E.1. MY COMPLAINTS ABOUT USING
THE A.R.P. SUPPORT DISABILITY
STATUE CLAIMS BECAUSE OF
EVIDENCE THAT I HAVE
BEEN EXCLUDED FROM A
PRISON PROGRAM (A.R.P.) AS A
RESULT OF MY DISABILITY.
SEE EXHIBITS 1-28 AND S.O.C.
NS 1-19

2. I AM A PRISONER WITH
DISABILITIES THAT IS
DENIED THE BENEFITS OF A
PRISON PROGRAM (A.R.P), SEE
EXHIBITS 1-28 AND S.O.C. NS
1-19.

3. N.B.C.I. STAFFS KNOW ABOUT MY
DISABILITIES. SEE S.O.C.
NS 11-17.

4. N.B.C.I. STAFFS DENY ME
(SEE P155 2C)

3.E.4.A.R.P.F. BECAUSE OF MY
        DISABILITIES, SEE S.O.C.
        NS 11-17.
     5. THE N.B.C.I. WARDEN IS
        SUPPOSED TO MAKE SURE I
        GET A.R.P.F. BECAUSE OF MY
        DISABILITIES BY THE
        A.R.P. BUT THE WARDEN DOES
        NOT DO THIS, SEE S.O.C. N17.

4. RELIEF REQUESTED
    A. ISSUE AN INJUNCTION
       ORDERING ALL THE
       DEFENDANTS IN THIS CASE
       OR THEIR AGENTS TO:
       1. GIVE THE PLAINTIFF IN
          THIS CASE 1,000 MARYLAND
          DIVISION OF CORRECTION
          REQUEST FOR
          ADMINISTRATIVE
(SEE P16510)

4. A. 1. REMEDY FORMS AND 1,000
CONTINUATION SHEETS FOR
MARYLAND DIVISION OF
CORRECTION REQUEST FOR
ADMINISTRATIVE
REMEDY FORMS.
2. GIVE THE PLAINTIFF IN
THIS CASE 1,000 MARYLAND
DIVISION OF CORRECTION
HEADQUARTERS APPEAL OF
ADMINISTRATIVE
REMEDY RESPONSE FORMS
AND 1,000 CONTINUATION
SHEETS FOR MARYLAND
DIVISION OF CORRECTION
HEADQUARTERS APPEAL OF
ADMINISTRATIVE
REMEDY RESPONSE FORMS.
3. GIVE THE PLAINTIFF IN
(SEE P16S2C)

4.A.3. THIS CASE MARYLAND DIVISION
OF CORRECTION REQUEST FOR
ADMINISTRATIVE REMEDY
FORMS AND CONTINUATION
SHEETS FOR MARYLAND
DIVISION OF CORRECTION
REQUEST FOR ADMINISTRATIVE
REMEDY FORMS FROM NOW ON.

4.A.4. GIVE THE PLAINTIFF IN
THIS CASE MARYLAND
DIVISION OF CORRECTION
HEADQUARTERS APPEAL OF
ADMINISTRATIVE REMEDY
RESPONSE FORMS AND
CONTINUATION SHEETS FOR
MARYLAND DIVISION OF
CORRECTION HEADQUARTERS
APPEAL OF ADMINISTRATIVE
REMEDY RESPONSE FORMS
(SEE P17S1C)

4.A.4. FROM NOW ON.

   B. ISSUE A DECLARATORY

      JUDGEMENT STATING THAT:

      1. THE ACTIONS OF

         DEFENDANTS HOGAN AND

         RUTHERFORD AND GREEN AND

         NEVERDON AND WARDEN AND

         ASSISTANT WARDEN AND

         CHIEF OF SECURITY AND

         MAJOR AND ISER AND

         WHITEMAN AND CARR AND

         RODERICK AND SINDY IN

         FAILING TO PROVIDE

         ADMINISTRATIVE REMEDY

         PROCEDURE FORMS SO THE

         PLAINTIFF COULD FILE

         THESE FORMS ON

         VIOLATIONS OF N.B.C.I.

         LAW VIOLATED, AND

(SEE P17S2C)

4.B.1. CONTINUES TO VIOLATE,
       PLAINTIFF'S RIGHTS UNDER
       THE 1ST AMENDMENT TO THE
       UNITED STATES
       CONSTITUTION.

4.C. AWARD COMPENSATORY DAMAGES IN
     THE FOLLOWING AMOUNT:
     1. $27,000 JOINTLY AND
        SEVERALLY AGAINST
        DEFENDANTS HOGAN,
        RUTHERFORD, GREEN,
        NEVERDON, WARDEN, ASSISTANT
        WARDEN, CHIEF OF SECURITY,
        MAJOR, ISER, SAWYERS,
        WHITEMAN, CARR, ICKES,
        RITCHEY, ELKINS, RODERICK,
        SINDY, JOHNSON FOR THE
        PHYSICAL AND EMOTIONAL
        INJURIES RESULTING
(SEE P1851C)

4.C.1. FROM THEIR FAILURE TO

PROVIDE MARYLAND DIVISION

OF CORRECTION REQUEST FOR

ADMINISTRATIVE REMEDY

FORMS AND CONTINUATION

SHEETS FOR MARYLAND

DIVISION OF CORRECTION

REQUEST FOR ADMINISTRATIVE

REMEDY FORMS AND MARYLAND

DIVISION OF CORRECTION

HEADQUARTERS APPEAL OF

ADMINISTRATIVE REMEDY

RESPONSE FORMS AND

CONTINUATION SHEETS FOR

MARYLAND DIVISION OF

CORRECTION HEADQUARTERS

APPEAL OF ADMINISTRATIVE

REMEDY FORMS TO THE

PLAINTIFF.

( SEE P1852C)

4.D. AWARD PUNITIVE DAMAGES IN THE
FOLLOWING AMOUNT:

1. $10,000 EACH AGAINT
DEFENDANTS HOGAN,
RUTHERFORD, NEVERDON,
WARDEN, ASSISTANT WARDEN,
MAJOR, SAWYERS, ICKES,
RITCHEY, ELKINS,
RODERICK, SINDY,
JOHNSON.

DATED; FEBRUARY 11, 2020

Albert Curtis Mills

ALBERT CURTIS MILLS

UNSWORN DECLARTION UNDER

PENALTY OF PERJURY

I DECLARE UNDER PENALTY OF

PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON FEBRUARY 11, 2020

Albert Curtis Mills