EXHIBIT 1

Appendix 3 to DCD 185-002

_____
Officer's Name: Print and Signature          Date

CASE NO. _____

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO:           ☑ Warden of Institution

Emergency Request:   ☑   Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: __MILLS__    __ALBERT__    __C__    __173-446__    __N.B.C.I.__
        Last Name      First Name    Middle Initial    DOC Number       Institution

Housing Location  __2 C53__   Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

| Part A – INMATE REQUEST |
|---|
| THE PROPER FORMS FOR USING THE ADMINISTRATIVE REMEDY PROCEDURE ARE NOT AVAILABLE IN MY HOUSING UNIT (SEE ATTACHED) |

__10-28-16__                                      _Albert Curtis Mills_
Date                                              Signature of Inmate

| Part B – RESPONSE |
|---|
|  |

_____                    _____
Date                                  Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

---

## Part C – RECEIPT                    Case No. _____

RETURN TO: _____
            Last Name    First Name    Middle Initial        DOC Number        Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

_____                    _____
Date                                  Institutional ARP Coordinator

                                      Original: White   Institutional ARP Coordinator
                                      Copy:   Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

PART A (CONTINUED), (EXHIBIT #...... 2)

INMATE REQUEST

ON MY TIER ON:

1. 10-12-16 WEDNESDAY (W) 7-3 SHIFT (S)
   CORRECTIONAL OFFICER (C.O.)
   ICKES (I).

2. 10-11-16 TUESDAY (T) 7-3 S, C.O. I.

3. 10-10-16 MONDAY (M) 7-3 S, C.O. I.

4. 10-10-16 M, 7-3 S. LIBRARIAN (L)
   HAMMONS (H).

5. 10-9-16 SUNDAY (S) 7-3 S, C.O. I.

6. 10-8-16 SATURDAY (SA) 7-3 S, C.O. I.

7. 10-7-16 FRIDAY (F) 3-11 S, C.O.
   HASELBACH.

8. 10-5-16 W, 7-3 S, L. H.

9. 10-4-16 T, 7-3 S. C.O. SAVILLE (S).

10. 10-3-16 M, 7-3 S, C.O. I.

11. 10-3-16 M 7-3 S, L. H.

   DATE 10-28-16

   ALBERT CURTIS MILLS

   (OVER)

albert lucas ...

173-446

SEE PART B(CONTINUED)-
INMATE ~~~~~~~~~~ REQUEST

PART D (CON'T)      (EXP'D)

INMATE REQUEST

12. 10-2-16 S, 3-11 S, C.O. BUCHOLTZ.

13. 10-2-16 S, 7-3 S, C.O. I.

THIS COMPLAINT IS ONGOING IN NATURE AND THEREFORE NOT SUBJECT TO A STRICT APPLICATION OF THE TIME PERIOD FOR THE DEADLINE FOR FILING A FORMAL REQUEST FOR ADMINISTRATIVE REMEDY BECAUSE THE PROPER FORMS FOR USING THE ADMINISTRATIVE REMEDY PROCEDURE ARE NOT AVAILABLE IN MY HOUSING UNIT ON MY TIER ON:

DATE 10-28-16

ALBERT CURTIS MILLS

Albert Curtis Mills

173-446

SEE PART C (CONTINUED)

INMATE REQUEST

EXHIBIT 4

PART C (CONTINUED) —

INMATE REQUEST

14. 9-30-16 F. 3-11 S. C.O. RITCHEY (R).

15. 4-29-16 THURSDAY (TH) 7-3 S. C.O.S.

16. 9-28-16 W. 7-3 S. C.O.I.

17. 9-26-16 M. 3-11 S. C.O. PADFIELD.

18. 9-26-16 M. 7-3 S. C.O. S.

19. 9-26-16 M. 11-7 S. C.O. MCKENZIE (MC.).

20. 9-25-16 S. 3-11 S. C.O. R.

21. 9-24-16 SA. 3-11 S. C.O. R.

22. 9-24-16 SA. 7-3 S. C.O. I.

23. 9-22-16 TH. 3-11 S. C.O. J. ADAMS (J.A.).

24. 9-22-16 TH. 7-3 S. LIEUTENANT

    (LT.) SAWYERS (S.).

25. 9-20-16 T. 3-11 S. C.O. BUTLER (BT.)

26. 9-20-16 T. 7-3 S. C.O. I.

● DATE 10-28-16

ALBERT CURTIS MILLS

Albert Curtis Mill

(OVER)

SEE PART D (CONTIUED) -

INMATE REQUEST

EXHIBIT 9

PART D (CONTINUED) —

INMATE REQUEST

27. 9-19-16 M. 3-11 S. C.O. R.

28. 9-19-16 M. 7-3 S. C.O. I.

29. 9-18-16 S. 3-11 S. C.O. R.

30. 9-17-16 SA. 7-3 5. C.O. I.

31. 9-16-16 F. 3-11 S. C.O. VAN METER (VM.).

32. 9-15-16 TH. 3-11 S. C.O. VM.

33. 9-14-16 W. 3-11 S. C.O. CROWE (C.).

34. 9-14-16 TH. 7-3 S. C.O. I.

35. 9-13-16 T. 7-3 S. C.O. I.

36. 9-12-16 M. 7-3 S. C.O. I.

37. 9-12-16 M. 7-3 S. CASE MANAGER (C.M.)
     SIDNEY (S.) TELLS ME THAT
     CASE MANAGEMENT DOES NOT
     GIVE OUT ADMINISTRATIVE
     REMEDY PROCEDURE FORMS.

38. 9-11-16 3-11 S. C.O. VM.
     DATE 10-28-16
     (OVER)

ALBERT CURTIS MILLS

albert curtis mills

173-446

SEE PART E(CONTINUED) -

INMATE REQUEST

EXHIBIT 6

PART E (CONTINUED) —

INMATE REQUEST

39. 9-10-16 SA. 3-11 S. C.O, VM.

40. 9-10-16 SA. 7-3 S, C.O. I.

41. 9-9-16 F. 3-11 S, C.O. VM.

42. 9-8-16 TH, 3-11 S. C.O. BT.

43. 9-8-16 TH. 7-3 S. C.O. I.

44. 9-8-16 TH. 7-3 S. C.M.S. SAME HAS 51.

45. 9-8-16 TH. 7-3 S. L.H.

46. 9-7-16 W. 3-11 S, C.O. BT.

47. 9-7-16 W. 7-3 S, C.O. I.

48. 9-7-16 W. 11-7 S, C.O. ELKINS (EL.).

49. 9-6-16 T. 7-3 S. C.O. I.

50. 9-6-16 T. 7-3 S. C.M.S. SAME HAS 51.

51. 9-5-16 M. 7-3 S, C.O. I.

52. 9-4-16 7-3 S. C.O. I.

53. 9-5-16 M, 3-11 S. C.O. VM.

54. 9-1-16 TH. 3-11 S. C.O. BT.

55. 8-31-16 W. 7-3 S. C.O. I.

(OVER)

56. 8-3 (Rev. 7/95, C.N.)

DATE 10-28-16

ALBERT CURTIS MILLS

Albert curtis mills

173-446

SEE PART F (CONTINUED) —

INMATE REQUEST

EXHIBIT #7

PART F (CONTINUED) —

INMATE REQUEST

57. 8-30-16 T, 7-3 S, L, H,

58. 8-29-16 M, 7-3 S, L, H,

59. 8-26-16 F, 7-3 S, L, H,

60. 7-29-16 F, 3-11 S, C, O, BT.

61. 7-29-16 F, 7-3 S, L, H,

62. 7-28-16 TH, 7-3 S, L, H,

63. 7-27-16 W, 7-3 S, L, H,

64. 7-27-16 W, 3-11 S, C, O, BT.

65. 7-26-16 T, 7-3 S, C, O, I,

66. 7-22-16 F, 3-11 S, C, O, C,

67. 7-22-16 F, 7-3 S, C, M, JOHNSON (J.)

68. 7-21-16 TH, C, O, C.

69. 7-20-16 W, 7-3 S, L, H.

70. 7-20-16 W, 7-3 S, C, M, J.

71. 7-20-16 W, 3-11 S, C, O, C.

72. 7-20-16 W, 11-7 S, C, O, HUMBERTSON (H.).

(OVER)

73. 7-1

74. 7-18-16 M. 7-3 S, C, O, I,

75. 7-16-16 SA. 7-3 S, C, O, I.

DATE 10-28-16

ALBERT CURTIS MILLS

Albert Curtis Mills

173-446

SEE PART G (CONTINUED) -

INMATE REQUEST

PART G (CONTINUED) (EXHIBIT #8)

INMATE REQUEST

76. 7-14-16 TH, 7-3 S, C,O,J,A,

77. 7-14-16 TH, 3-11 S, C,O,C,

78. 7-15-16 F, 7-3 S, L, H,

79. 7-13-16 W, 7-3 S, C,O,I,

80. 7-13-16 W, 7-3 S, C,M,J,

81. 7-13-16 W, 7-3 S, L,H,

82. 7-13-16 W, 3-11 S, C,O, BT,

83. 7-13-16 W, 11-7 S, C,O, MC,

84. 7-12-16 T, 7-3 S, L, H,

85. 7-11-16 M, 11-7 S, C,O, LOWRY (L.),

86. 7-11-16 M, 7-3 S, C,O,J,A,

87. 7-10-16 S, 7-3 S, C,O, I,

88. 7-10-16 S, 7-3 S, L,H,

89. 7-10-16 S, 7-3 S, C,M,J,

90. 7-10-16 S, 3-11 S, C,O, DOLLY (D.),

91. 7-9-16 SA, 7-3 S, L, H,

92. 7-9-16 SA, 7-3 S, C,M,J,

93. 7-9-16 SA, 3-11 S, C,O, BT,

(OVER)

94. 7 - 8 ? ? ? ? ? ? ? ? S, C, M, S.

DATE 10-28-16

ALBERT CURTIS MILLS

albert Curtis Mills

173-446

SEE PART H (CONTINUED) —

INMATE REQUEST

PART H (CONTINUED) (15 of 9)

INMATE REQUEST

95. 7-7-16 TH. 7-3S, C.O. J.A.

96. 7-7-16 TH. 11-7S, C.O. CRAWFORD (CA.)

97. 7-6-16 W. 11-7S. C.O. CA.

98. 7-6-16 W. 7-3S. C.O. J.A.

99. 7-5-16 T. 7-3S. C.O. I.

100. 7-1-16 F. 7-3S. C.O. J.A.

101. 7-1-16 F. 7-3S. C.M. J.

102. 7-1-16 F. 3-11S. C.O.D.

103. 6-30-16 TH. 7-3S. L.H.

104. 6-29-16 W. 7-3S. C.M.J.

105. 6-29-16 W. 7-3S. L.H.

106. 6-28-16 T. 7-3S. C.O. J.A.

107. 6-27-16 M. 11-7S. C.O. L.

108. 6-27-16 M. 7-3S. C.O. J.A.

109. 6-26-16 S. 11-7S. C.O. CA.

110. 6-26-16 S. 3-11S. C.O.D.

111. 6-24-16 F. 7-3S. C.M.J.

112. 6-22-16 W. 11-7S. C.O. H.

(OVER)

113. 6 - 2 ? 7 ? ? ? ? ? 7 S. C. O. M R.

114. 6 - 20 - 16 M. 11 - 7 S. C. O. EL.

DATE 10-28-16

ALBERT CURTIS MILLS

Albert curtis Mills

173-446

SEE PART I (CONTINUED) -

INMATE REQUEST

EXHIBIT / "C"

PART I (CONTINUED) —

INMATE REQUEST

115. 6-20-16 M. 3-11 S. C.O. D.

116. 6-19-16 S. 11-7 S. C.O. MC.

117. 6-19-16 S. 3-11 S. C.O. D.

118. 6-18-16 SA. 3-11 S. C.O. BT.

119. 6-17-16 F. 11-7 S. C.O. BITTINGER (BI.)

120. 6-17-16 F. 3-11 S. C.O. D.

121. 6-16-16 TH. 11-7 S. C.O. CA.

122. 6-16-16 TH. 7-3 S. C.O. J.A.

123. 6-15-16 W. 7-3 S. C.O. J.A.

124. 6-14-16 T. 11-7 S. C.O. H.

125. 6-14-16 T. 7-3 S. C.O. J.A.

126. 6-13-16 M. 7-3 S. C.O. GROWDEN (GR.)

127. 6-13-16 M. 3-11 S. C.O. D.

128. 6-12-16 S. 3-11 S. C.O. D.

129. 6-11-16 SA. 3-11 S. C.O. D.

130. 6-10-16 F. 11-7 S. C.O. CA.

131. 6-10-16 F. 7-3 S. C.O. J.A.

(OVER)

132. 6

133. 6-8-16 W. 11-7 S. C. O. MC.

DATE 10-28-16

ALBERT CURTIS MILLS

albert curtis Mills

173-446

SEE PART J(CONTINUED) —

INMATE REQUEST

PART J (CONT.) INMATE REQUEST ( ? )

INMATE REQUEST

134. 6-8-16 W. 7-3S, C.O. J.A.

135. 6-7-16 T. 7-3S, C.O. J.A.

136. 6-6-16 M. 7-3S. C.O. I

137. 6-6-16 M. 3-11S. C.O.D.

138. 6-5-16 S. 7-3S. C.O.S.

139. 6-5-16 S. 7-3S. C.O. DROLL (DR.)

140. 6-4-16 SA. 11-7S. C.O. BI.

141. 6-4-16 SA. 7-3S. C.O. I.

142. 6-4-16 SA. 3-11S. C.O.D.

143. 6-3-16 F. 7-3S. C.O. J.A.

144. 6-3-16 F. 3-11S. C.O.D.

145. 6-2-16 TH. 7-3S. C.O. MEAGER (MA.).

146. 6-2-16 TH. 3-11S. C.O. GRABENSTEIN (GR.).

147. 6-1-16 W. 11-7S. C.O. MC.

148. 6-1-16 W. 7-3S. C.O.S.

149. 5-31-16 T. 7-3S. C.O. J.A.

150. 5-30-16 M. 11-7S. C.O. MC.

(OVER)

151.5-29

DATE 10-28-16

ALBERT CURTIS MILLS

albert Curtis Mill

173-446

SEE PART K(CONTINUED)—

INMATE REQUEST

EXHIBIT 7A.

PART K (CONTINUED) —

INMATE REQUEST

152. 5-28-16 SA. 11-7 S. C.O. B I.

153. 5-27-16 F. 3-11 S. C. O. D.

154. 5-26-16 TH. 11-7 S. C. O. CA.

155. 5-26-16 TH. 7-3 S. C.O. J.A.

156. 5-25-16 W. 7-3 S. C.O. J.A.

157. 5-24-16 T. 7-3 S. C. O. J.A.

158. 11-19-14 W. 7-3 S. L. H.

159. 11-19-14 W. 7-3 S. C. M. J.

160. OCTOBER - DECEMBER 2014 LT. S.

THIS COMPLAINT POSES A

CONTINUED THREAT TO MY HEALTH

AND/OR SAFETY AND/OR WELFARE

BECAUSE I CAN USE THE ARP FOR

THESE PURPOSES SO I AM DENIED

THE USE OF THE ARP FOR THESE

PURPOSES. THIS IS AGAINST

D.C.D. 200-1

(OVER.)

DATE 10-29-16

ALBERT CURTIS MILLS

Albert Curtis Mills

173-446

SEE PART L (CONTINUED) —

INMATE REQUEST

EXHIBIT 13

PART L (CONTINUED) —

INMATE REQUEST

BECAUSE NBCI DOES NOT

PROVIDE A SAFE AND ~~████████~~ HEALTHY

ENVIRONMENT AND FREEDOM FROM

INJURY AND PERSONAL AND

MENTAL ABUSE AND HARASSMENT AND

MANIPULATION. THIS IS ALSO

AGAINST D.C.D.50-2 BECAUSE

NBCI STAFF'S MISCONDUCT

ALLOWS ALL OF THE ABOVE. I AM

DENIED CONTINUATION SHEETS

SO I AM SENDING YOU MY OWN IN THE

FORM OF THEM. NBCI STAFFS THROW

AWAY MY CASES SO I ~~████~~

DATE 10-28-16

ALBERT CURTIS MILLS

*Albert Curtis Mills*

173-446

(OVER)

SEE PART M (CONTINUED)

INMATE REQUEST

EXHIBIT A

PART M (CONTINUED) —

INMATE REQUEST

AM SENDING THIS CASE STRAIGHT TO THE WARDEN. I WANT $500 IN COMPENSATORY DAMAGES AND $1,000 IN PUNITIVE DAMAGES FOR ANGUISH AND WILFUL ABUSE. THIS CASE CONCERNS VIOLATIONS OF DCD 185-002 BECAUSE NBCI STAFFS ARE USING RETALIATION FOR ME USING THE ADMINISTRATIVE REMEDY PROCEDURE IN GOOD FAITH. I DEMAND 100 ARP FORMS.

DATE 10-28-16

ALBERT CURTIS MILLS

Albert curtis Mills

173-446

EXHIBIT A(1)

CASE NO. _____

MARYLAND DIVISION OF CORRECTION

HEADQUARTERS APPEAL OF

ADMINISTRATIVE REMEDY

RESPONSE

TO: COMMISSIONER OF

CORRECTION... APPEAL OF:

NO RESPONSE FROM WARDEN

FROM: ALBERT CURTIS MILLS

173-446 NORTH BRANCH

CORRECTIONAL INSTITUTION

HOUSING LOCATION 2C53

PART A - REASON FOR APPEAL

MY 1ST AMENDMENT CONSTITUTIONAL

RIGHTS ARE VIOLATED IN THIS

CASE. THIS IS AN EMERGENCY

APPEAL FOR MY EMERGENCY ARP

WHICH I HAVE NO RESPONSE FROM

THE NBCI ARP COORDINATOR AND

THE WARDEN. THIS CASE IS ON

EXHIBIT 1(C)

BEING DENIED THE A.R.P., NBCI
STAFFS DENY ME APPEAL FORMS so
I AM SENDING YOU ONE IN THE
FORM OF ONE. I WANT MY ARPS AND
DAMAGES IN MY ARP.

Albert Curtis Mills   11-18-16

PART B - RESPONSE

_____

DATE

_____

SIGNATURE OF COMMISSIONER

EXHIBIT 4.(5)

PART C - RECEIPT

CASE NO. _____

RETURN TO: _____

FIRST NAME

_____

MIDDLE NAME

_____

LAST NAME

_____

DOC NUMBER

_____

INSTITUTION

I ACKNOWLEDGE RECEIPT OF YOUR
COMPLAINT DATED _____
IN REGARD TO: _____
_____
_____
_____

DATE

_____

HEADQUARTERS COORDINATOR

EXHIBIT (8)(7)

CASE NO. _____

APPENDIX 6 TO DCD 185-002

MARYLAND DIVISION OF

CORRECTION

HEADQUARTERS APPEAL OF

ADMINISTRATIVE REMEDY

RESPONSE

TO: ☑ COMMISSIONER OF

CORRECTION... APPEAL OF:

☐ DISMISSAL ~~OF~~ FOR PROCEDURAL

REASONS

☐ WARDEN'S RESPONSE

☑ NO RESPONSE FROM WARDEN

☐ EXECUTIVE DIRECTOR,

INMATE GRIEVANCE OFFICE

FROM  MILLS            ALBERT

      LAST NAME  FIRST NAME

  C

MIDDLE INITIAL

173 - 446                    N.B.C.I.

DOC NUMBER      INSTITUTION

HOUSING LOCATION 2C53

PROTECTIVE CUSTODY ☐

ADMINISTRATIVE

SEGREGATION ☐

DISCIPLINARY

SEGREGATION ☐

PART A - REASON FOR APPEAL

I HAVE NO RESPONSE FROM THE NBCI ARP

COORDINATOR AND NBCI WARDEN.

MY RIGHTS ARE VIOLATED. I

WANT MY DAMAGES AND REMEDY.

12-8-16   Albert curtin Mill

DATE      SIGNATURE OF INMATE

EXHIBIT A-B(5)

PART B - RESPONSE

_____

DATE

_____

SIGNATURE OF COMMISSIONER

EXHIBIT 21 (4)

PART C - RECEIPT

CASE NO. _____

RETURN TO: _____

LAST NAME

_____

FIRST NAME     MIDDLE INITIAL

_____

DOC NUMBER     INSTITUTION

I ACKNOWLEDGE RECEIPT OF YOUR

COMPLAINT DATED _____

IN REGARD TO: _____

_____

_____

_____

_____

DATE

_____

HEADQUARTERS COORDINATOR

DOC FORM 185-002FR (REV. 07/05)

# Department of Public Safety and Correctional Services

**Division of Correction**
**Office of the Commissioner**
6776 Reisterstown Road, Baltimore, Maryland 21215-2342
(410) 585-3301 • FAX (410) 764-4373 TOLL FREE (877) 379-8636 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

LARRY HOGAN
GOVERNOR

BOYD K. RUTHERFORD
LT. GOVERNOR

STEPHEN T. MOYER
SECRETARY

WILLIAM G. STEWART
DEPUTY SECRETARY
ADMINISTRATION

J. MICHAEL ZEIGLER
DEPUTY SECRETARY
OPERATIONS

RHEA L. HARRIS
ASSISTANT SECRETARY
PROGRAMS AND SERVICES

DAVID N. BEZANSON
ASSISTANT SECRETARY
CAPITAL PROGRAMS

November 29, 2016

Albert Mills 173446
NBCI

Dear Mr. Mills:

This will acknowledge receipt of your administrative remedy submission dated 10/28/16.

Pursuant to the 185 series of the Division's directives, your request must first be addressed by the Warden of the institution where you are currently housed. Therefore, by copy of this correspondence, I am redirecting your request for administrative remedy to the Warden asking that he/ she review and initiate appropriate processing of the request. No further action on your part is necessary. You are afforded the right to appeal any response received from the Warden to the office of the Commissioner of Correction within the applicable timeframes.

Sincerely

K. Hill-Peay, CCMSII
DOC HQ ARP/IGP Unit



DEAR MR, NOVERDON,

I AM WRITING THIS GRIEVANCE ON THE COMMISSIONER'S FAILURE TO RESPOND TO MY APPEAL AND THE WARDEN'S FAILURE TO RESPOND TO MY REQUEST BOTH ON THE ADMINISTRATIVE REMEDY PROCEDURE FORMS. THIS INVOLVES A VIOLATIONS OF THE DIVISION OF CORRECTION DIRECTIVE AND CONSTITUTIONAL LAW OF DUE PROCESS PLUS CASE LAW BECAUSE I AM REQUIRED TO EXHAUST MY ADMINISTRATIVE REMEDIES TO GO TO COURT, I WANT MY REMEDY AND COMPENSATION.

Albert Curtin Mills 1-23-17

EXHIBIT 23

DEAR MR. NEVERDON:
I AM WRITING THIS GRIEVANCE ON
THE WARDEN AND COMMISSIONER TO
RESPOND TO MY EMERGENCY REQUEST
AND APPEAL. THEY HAVE NOT
~~~~~~~~~~ RESPONDED. THIS CASE
INVOLVES RETALIATION FOR ME
USING THE ARP IN GOOD FAITH. THE
FORMS FOR THE ARP ARE NOT OFTEN
AVAILABLE IN MY UNIT OR NBCI.
THIS CASE INVOLVES A VIOLATION
OF ME HAVING ACCESS TO THE
COURTS. PRISON OFFICIALS ARE
TRYING TO STOP ME FROM USING
THE ARP AND COURTS. THIS NEEDS TO
END NOW

Albert Curtin Mille 2-6-17
EXHIBIT 24



## Department of Public Safety and Correctional Services

**Inmate Grievance Office**
6776 REISTERSTOWN ROAD, SUITE 209, BALTIMORE, MARYLAND 21215-2340
410-585-3840 • FAX: 410-318-6015 • V/TTY USERS: 800-735-2258 • www.dpscs.state.md.us

STATE OF MARYLAND

LAWRENCE J. HOGAN, JR.
GOVERNOR

BOYD K. RUTHERFORD
LT. GOVERNOR

STEPHEN T. MOYER
SECRETARY

RUSSELL A. NEVERDON, SR.
EXECUTIVE DIRECTOR

April 12, 2017

Albert Mills, #173446
NBCI

Re: IGO No. 20170233

Dear Mr. Mills:

I have conducted a preliminary review of your grievance received February 9, 2017. In essence, you complained that ARP forms are not available in your unit.

I conclude that you have failed to state a claim upon which administrative relief can and should be granted. There are various means available to request ARP forms aside from requesting them from Officers on your tier. ARP forms are available in Case Management and in the library.

Accordingly, your grievance is hereby administratively dismissed pursuant to Md. Code Ann. Corr. Serv. §10-207(b)(1) as having been determined to be wholly lacking in merit, and this file is closed.

Sincerely,

Audrey Brown
Administrative Officer I

AB/dbm

EXHIBIT 25

EXHIBIT 16(i)

DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES

NURSING INTERDISCIPLINARY
TREATMENT PLAN

LEVEL OF ACTIVITY

1. AS TOLERATED

MEDS - SEE MARS

ADM VITAL SIGNS

T: 97.7

P: 123

R: 18

B/P: 142/95

WT: 157.0

FREQUENCY

VS: Q SHIFT

WT: WEEKLY

NEURO CHECK: N/A

INTAKE/OUTPUT

[X] YES [ ] NO

EXHIBIT 17(Z)

DIET

REGULAR

LAB TEST

CMP

CBC

NA STAT

MEDICAL HISTORY

SCHIZOPHRENIA, DEMENTIA.

PSYCHOTIC DISORDER

PARKINSON'S

EFFECTS OF HUNGER

IV THERAPY

N/A

TREATMENT/PROCEDURES/ORDERS

MEDICATION ADMINISTRATION

MONITORING I+O

SAFETY RISK LEVEL (L—M—H)

LEVEL [ ] LOW [ ] MEDIUM [X] HIGH

CONSULTS

DISCHARGE PLANNING

EXHIBIT 29(3)

SPECIAL INSTRUCTIONS/HEAT STRATIFICATION

MEDICAL HOLD [X]

DOB: 7/1/1960   AGE:

RACE: AFRICAN AMERICAN

ALLERGIES: NKA

NEXT OF KIN:

CODE STATUS:

INSTITUTION: NBCI

ADMISSION DATE: 7/18/19

DIAGNOSIS: EFFECTS OF HUNGER, PARKINSON'S

SECURITY PRECAUTIONS:

NAME: ALFRED MILLS

DPSCS#: 173446

PHYSICIAN: H. PIERCE, NP

CELL#: 104

MD DPSCS FORM 130-240aR (REVISED JULY 1999)